# EXHIBIT L-3
# Invoices to Corporate Records Compliance Office



**P.O. Box 80007**
San Diego, CA 92138-0007
Phone 619- 222-3232  Fax 619-296-3499

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/4/2008 | 16604 |

| BILL TO |
|---|
| Corporate Records Compliance Office<br>Glen Burk<br>2550 Dune Ville Street, Suite #A<br>Las Vegas, NV 89106 |

| TERMS | DUE DATE | REP |
|---|---|---|
| Due on receipt | 8/4/2008 | RS |

| Date | Descrption | Quantity/Hrs | Rate | Amount |
|---|---|---|---|---|
| 7/16/2008 | I performed a Goto Meeting session on computer and validated that her NOD32 Definition subscription had expired and ended Goto Meeting session. I then purchased a 1 year NOD32 anti-virus renewal subscription for 27.99 and forwarded a copy of the username and password email to Brenda@compliancefilings.com. I then performed another Goto Meeting session and downloaded, installed the latest NOD32 Anti-Virus program which upgraded her from 2.x to 3.x and activated the new 1 year anti-virus subscription. | 0.5 | 85.00 | 42.50 |
| 7/16/2008 | Nod 32 License - Renewal | 1 | 27.99 | 27.99T |

Please make checks payable to RS&A Consulting, Inc.
RS&A accepts all major Credit Cards.
For your convenience you may use our secure on-line payment form:

https://commerce.rsaa.com/makepayment

   

| | |
|---|---|
| **Subtotal** | $70.49 |
| **Sales Tax (7.75%)** | $2.17 |
| **Total** | $72.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $72.66 |

USA-GB-00071176