# EXHIBIT L-4
# Invoices to Corporate Records Compliance Office



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

Voice: 914-765-0500
Fax: 914-765-0503

# INVOICE

Invoice Number: 9462
Invoice Date: Aug 19, 2009
Page: 1

| Bill To: | Ship to: |
|---|---|
| Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 | Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | CORP_NCOA | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-mail | 8/19/09 | 9/18/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 206.755 | NCOA Processing | 1.75 | 361.82 |
| 205.981 | Convert to CSV | 0.25 | 51.50 |

ck 1397

ENT'D SEP 08 2009

| | |
|---|---|
| Subtotal | 413.32 |
| Sales Tax | |
| Total Invoice Amount | 413.32 |
| Payment/Credit Applied | |
| **TOTAL** | **413.32** |

Check/Credit Memo No:



Professional Advertising Systems Inc.
200 Business Park Dr Suite 304
Armonk, NY 10504
USA
Voice: 914-765-0500
Fax: 914-765-0503

# Statement

**Statement Date:** Sep 3, 2009

**Customer Account ID:** CORP001

**Account Of:** Corporate Records Compliance
2451 South Buffalo Ste 100A
Las Vegas, NV 89117

**Amount Enclosed**
$ ____________

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 8/19/09 | 9/18/09 | 9462 | | PO# CORP_NCOA | 413.32 | 413.32 |
| | | | | | Total | 413.32 |

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 413.32 | 0.00 | 0.00 | 0.00 |

PAS

Professional Advertising Systems Inc
200 Business Park Dr Suite 304
Armonk, NY 10504

# List Rental Fulfillment Detail

**05/01/2009 thru 05/31/2009**



Glen Burke
Panama Total Marketing
2451 South Buffalo Ste 100A
Las Vegas NV 89117

2749

**List: CWP Sweeps Buyers (Cooper Waterman Pierce)**

| Mgr Num | PAS Num | Mail / Ship | Segment / Via | Material | Ship Qty | Price | Run Chg | Sel Chg | Run+Sel or Min Chg | Post Proc | Mat'l | Ship | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30927 | 49713 | 05/26/09<br>05/07/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 1,974 | $3.00 /M | $5.92 | $0.99 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 30996 | 49728 | 05/07/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 1,848 | $3.00 /M | $5.54 | $0.92 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31038 | 49835 | 05/30/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 2,296 | $3.00 /M | $6.89 | $1.15 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31064 | 49825 | 05/30/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 2,296 | $3.00 /M | $6.89 | $1.15 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31099 | 49922 | 05/28/09<br>05/07/09 | April 2009 HL w/State and ZIP Omit<br>In-House Transfer | In-House Transfer | 1,847 | $3.00 /M | $5.54 | $1.85 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31149 | 49809 | 05/30/09<br>05/05/09 | 4/09 HL w/state omits<br>In-House Transfer | In-House Transfer | 2,210 | $3.00 /M | $6.63 | $1.11 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31176 | 49925 | 06/08/09<br>05/08/09 | April 2009 HL w/State Omits<br>E-Mail | E-Mail | 2,301 | $3.00 /M | $6.90 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31242 | 49908 | 05/30/09<br>05/05/09 | 4/09 HL w/state omits<br>In-House Transfer | In-House Transfer | 2,296 | $3.00 /M | $6.89 | $1.15 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31275 | 49919 | 05/13/09<br>05/06/09 | April 2009 HL w/State Omits<br>E-Mail | E-Mail | 2,125 | $3.00 /M | $6.38 | $1.06 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31381 | 50225 | 05/15/09<br>05/12/09 | 4/09 HL w/ State Omits<br>In-House Transfer | In-House Transfer | 1,951 | $3.00 /M | $5.85 | $0.98 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31405 | 50250 | 05/22/09<br>05/13/09 | 4/09 HL<br>E-Mail | E-Mail | 2,302 | $3.00 /M | $6.91 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31540 | 50562 | 06/30/09<br>05/29/09 | 4/09 HLw/state omit<br>In-House Transfer | In-House Transfer | 2,195 | $3.00 /M | $6.59 | $1.10 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| | | | | | **25,641** | | | | **$420.00** | **$0.00** | **$175.00** | **$0.00** | **$595.00** |

| **Total Due** | **$595.00** |
|---|---|

USA-BR-00583895

PAS Professional Advertising Systems Inc
200 Business Park Dr Suite 304
Armonk, NY 10504

# List Rental Fulfillment Detail

**05/01/2009 thru 05/31/2009**



Glen Burke
Panama Total Marketing
2451 South Buffalo Ste 100A
Las Vegas NV 89117

2749

**List: KD Entertainment US**

| Mgr Num | PAS Num | Mail Ship | Segment Via | Material | Ship Qty | Price | Run Chg | Sel Chg | Run+Sel or Min Chg | Post Proc | Mat'l | Ship | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31033 | 49831 | 05/30/09 05/04/09 | 4/09 HL w/state omits E-Mail | E-Mail | 3,076 | $3.00 /M | $9.23 | $1.54 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31061 | 49836 | 05/30/09 05/04/09 | 4/09 HL w/state omits E-Mail | E-Mail | 3,076 | $3.00 /M | $9.23 | $1.54 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31101 | 49924 | 05/28/09 05/07/09 | April 2009 HL w/State and ZIP Omits In-House Transfer | In-House Transfer | 2,547 | $3.00 /M | $7.64 | $2.55 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31136 | 49807 | 05/30/09 05/05/09 | 4/09 HL w/state omits In-House Transfer | In-House Transfer | 2,920 | $3.00 /M | $8.76 | $1.46 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31189 | 49927 | 06/08/09 05/08/09 | Feb, Mar, Apr 2009 HL E-Mail | E-Mail | 4,962 | $3.00 /M | $14.89 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31239 | 49810 | 05/30/09 05/05/09 | 4/09 HL w/state omits In-House Transfer | In-House Transfer | 3,076 | $3.00 /M | $9.23 | $1.54 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31276 | 49921 | 05/13/09 05/06/09 | April 2009 HL w/State Omits E-Mail | E-Mail | 2,829 | $3.00 /M | $8.49 | $1.41 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| | | | | | **22,486** | | | | **$245.00** | **$0.00** | **$100.00** | **$0.00** | **$345.00** |

| **Total Due** | **$345.00** |
|---|---|

Professional Advertising Systems Inc
200 Business Park Dr Suite 304
Armonk, NY 10504

# List Rental Fulfillment Detail

**05/01/2009 thru 05/31/2009**



Glen Burke
Panama Total Marketing
2451 South Buffalo Ste 100A
Las Vegas NV 89117

2749

**List: Martin Yale York Sweeps Buyers**

| Mgr Num | PAS Num | Mail<br>Ship | Segment<br>Via | Material | Ship Qty | Price | Run Chg | Sel Chg | Run+Sel or<br>Min Chg | Post<br>Proc | Mat'l | Ship | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30929 | 49715 | 05/20/09<br>05/06/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 6,346 | $3.00 /M | $19.04 | $3.17 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 30941 | 49711 | 05/23/09<br>05/14/09 | 4/09 HL<br>E-Mail | E-Mail | 3,869 | $3.00 /M | $11.61 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 30987 | 49729 | 05/07/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 6,426 | $3.00 /M | $19.28 | $3.21 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31037 | 49834 | 05/30/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 7,906 | $3.00 /M | $23.72 | $3.95 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31063 | 49828 | 05/30/09<br>05/04/09 | 4/09 HL w/state omits<br>E-Mail | E-Mail | 7,906 | $3.00 /M | $23.72 | $3.95 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31095 | 49909 | 05/15/09<br>05/05/09 | 04/09 HL<br>E-Mail | E-Mail | 4,691 | $3.00 /M | $14.07 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31112 | 49907 | 05/28/09<br>05/06/09 | 04/09 HL w/ State and Zip Omits<br>In-House Transfer | In-House Transfer | 6,205 | $3.00 /M | $18.62 | $6.21 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31143 | 49806 | 05/30/09<br>05/04/09 | 4/09 HL w/state omits<br>In-House Transfer | In-House Transfer | 7,596 | $3.00 /M | $22.79 | $3.80 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31166 | 49902 | 06/08/09<br>05/08/09 | 04/09 HL<br>E-Mail | E-Mail | 7,763 | $3.00 /M | $23.29 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31240 | 49910 | 05/30/09<br>05/07/09 | 4/09 HL w/state omits<br>In-House Transfer | In-House Transfer | 7,706 | $3.00 /M | $23.12 | $3.85 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31332 | 49905 | 05/15/09<br>05/08/09 | 04/09 HL w/ State Omits<br>E-Mail | E-Mail | 7,147 | $3.00 /M | $21.44 | $3.57 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31340 | 50050 | 05/20/09<br>05/07/09 | 4/09 HL w/ State Omits<br>E-Mail | E-Mail | 5,977 | $3.00 /M | $17.93 | $2.99 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31345 | 50046 | 05/29/09<br>05/06/09 | 4/09 HL w/ State Omits<br>In-House Transfer | In-House Transfer | 6,333 | $3.00 /M | $19.00 | $3.17 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31352 | 50045 | 05/30/09<br>05/07/09 | 4/09 HL w/ State and SCF Omits<br>E-Mail | E-Mail | 6,991 | $3.00 /M | $20.97 | $6.99 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31355 | 50053 | 05/29/09<br>05/06/09 | 4/09 HL<br>E-Mail | E-Mail | 7,786 | $3.00 /M | $23.36 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31356 | 50049 | 06/24/09<br>05/13/09 | 4/09 HL w/ State Omits<br>In-House Transfer | In-House Transfer | 7,739 | $3.00 /M | $23.22 | $3.87 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |

PAS Professional Advertising Systems Inc
200 Business Park Dr Suite 304
Armonk, NY 10504

# List Rental Fulfillment Detail

**05/01/2009 thru 05/31/2009**



Glen Burke
Panama Total Marketing
2451 South Buffalo Ste 100A
Las Vegas NV 89117

2749

**List: Martin Yale York Sweeps Buyers**

(cont)

| Mgr Num | PAS Num | Mail Ship | Segment Via | Material | Ship Qty | Price | Run Chg | Sel Chg | Run+Sel or Min Chg | Post Proc | Mat'l | Ship | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31363 | 50123 | 05/29/09 05/07/09 | 4/09 HL E-Mail | E-Mail | 7,763 | $3.00 /M | $23.29 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31369 | 50174 | 05/18/09 05/12/09 | 4/09 HL w/ State Omits E-Mail | E-Mail | 7,674 | $3.00 /M | $23.02 | $3.84 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31382 | 50227 | 05/15/09 05/11/09 | 4/09 HL w/ State Omits In-House Transfer | In-House Transfer | 5,000 | $3.00 /M | $15.00 | $2.50 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| 31410 | 50360 | 05/25/09 05/15/09 | 4/09 HL w/state omits E-Mail | E-Mail | 3,206 | $3.00 /M | $9.62 | $1.60 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| 31534 | 50563 | 06/30/09 05/29/09 | 4/09 HL w/state omit In-House Transfer | In-House Transfer | 7,404 | $3.00 /M | $22.21 | $3.70 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| | | | | | **139,434** | | | | **$735.00** | **$0.00** | **$350.00** | **$0.00** | **$1,085.00** |

| **Total Due** | **$1,085.00** |
|---|---|

Glen Burke
Panama Total Marketing
2451 South Buffalo Ste 100A
Las Vegas NV 89117

2749

**List: Pana Total Mktlng Owners User**

| Mgr Num | PAS Num | Mail Ship | Segment Via | Material | Ship Qty | Price | Run Chg | Sel Chg | Run+Sel or Min Chg | Post Proc | Mat'l | Ship | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRAD0509 | 50190 | 05/07/09<br>05/07/09 | 4/09 HL<br>E-Mail | E-Mail | 9,142 | $3.00 /M | $27.43 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| IAA0509 | 50034 | 05/05/09<br>05/05/09 | 4/09 HL<br>In-House Transfer | In-House Transfer | 9,728 | $3.00 /M | $29.18 | $0.00 | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| LIAM0509 | 50189 | 05/07/09<br>05/07/09 | 4/09 HL<br>E-Mail | E-Mail | 9,142 | $3.00 /M | $27.43 | $0.00 | $35.00 | $0.00 | $25.00 | $0.00 | $60.00 |
| | | | | | **28,012** | | | | **$105.00** | **$0.00** | **$50.00** | **$0.00** | **$155.00** |

| **Total Due** | **$155.00** |
|---|---|



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 8913
Invoice Date: Jun 1, 2009
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

| Bill To: | Ship to: |
|---|---|
| Panama Total Marketing<br>2451 South Buffalo Ste 100B<br>Las Vegas, NV 89117 | Panama Total Marketing<br>2451 South Buffalo Ste 100B<br>Las Vegas, NV 89117 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PTM001 | May 2009 Fulfill | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| RAFD001 | N/A | | 7/1/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 501.670 | List Fulfillment | 3.00 | 1,505.00 |
| 27.000 | Output to Internet/E-Mail | 25.00 | 675.00 |

ENT'D JUN 01 2009

| | |
|---|---|
| Subtotal | 2,180.00 |
| Sales Tax | |
| Total Invoice Amount | 2,180.00 |
| Payment/Credit Applied | |
| TOTAL | 2,180.00 |

Check/Credit Memo No:

USA-BR-00583900



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 8826
Invoice Date: May 18, 2009
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

| Bill To: | Ship to: |
|---|---|
| Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 | Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | NCOA0905 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-mail | 5/15/09 | 6/17/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5.657 | NCOA | 1.75 | 9.90 |
| | MIN CHARGE ADJUSTMENT | | 90.10 |

ck 1284

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 100.00 |
| Sales Tax | |
| Total Invoice Amount | 100.00 |
| Payment/Credit Applied | |
| **TOTAL** | **100.00** |



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 8433
Invoice Date: Mar 11, 2009
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

| Bill To: | Ship to: |
|---|---|
| Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | NCOA0903 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-Mail | 3/10/09 | 4/10/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 303.761 | NCOA Processing | 1.75 | 531.58 |
| 216.592 | Rekey/Split | 0.50 | 108.30 |
| 216.592 | Convert to CSV | 0.25 | 54.15 |
| 1.000 | Output to Internet/E-Mail | 50.00 | 50.00 |

ck 1251

ENT'D MAR 1 6 2009

| | |
|---|---|
| Subtotal | 744.03 |
| Sales Tax | |
| Total Invoice Amount | 744.03 |
| Payment/Credit Applied | |
| **TOTAL** | **744.03** |

Check/Credit Memo No:



Professional Advertising Systems Inc.
200 Business Park Dr Suite 304
Armonk, NY 10504
USA
Voice: 914-765-0500
Fax: 914-765-0503

# Statement

Statement Date:
Jan 12, 2009

Customer Account ID:
CORP001

Account Of: Corporate Records Compliance
2451 South Buffalo Ste 100A
Las Vegas, NV 89117

Amount Enclosed
$ ________

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 9/8/08 | 10/8/08 | 7430 | | PO# NCOA0808 | 536.83 | 536.83 |
| 12/16/08 | 1/15/09 | 7963 | | PO# NCOA0812 | 265.47 | 802.30 |
| 1/12/09 | 2/11/09 | 8087 | | PO# NCOA0901 | 232.14 | 1,034.44 |

CK 1199
1-26-09

| Total | 1,034.44 |
|---|---|

| 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days |
|---|---|---|---|
| 497.61 | 0.00 | 0.00 | 536.83 |



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 8256
Invoice Date: Feb 5, 2009
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

**Bill To:**

Corporate Records Compliance
2451 South Buffalo Ste 100A
Las Vegas, NV 89117

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | 2/5/09 NCOA | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-Mail | 2/5/09 | 3/7/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 86.289 | NCOA Processing | 1.75 | 151.01 |

CK1209
2-8-09

| | |
|---|---|
| Subtotal | 151.01 |
| Sales Tax | |
| Total Invoice Amount | 151.01 |
| Payment/Credit Applied | |
| **TOTAL** | **151.01** |

Check/Credit Memo No:

USA-BR-00583904



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 7430
Invoice Date: Sep 8, 2008
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

| Bill To: | Ship to: |
|---|---|
| Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | NCOA0808 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-Mail | 9/3/02 | 10/8/08 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 194.734 | NCOA Processing | 1.75 | 340.78 |
| 194.734 | Rekey/Split | 0.50 | 97.37 |
| 194.734 | Convert to CSV | 0.25 | 48.68 |
| 1.000 | Output to Email/E-Mail | 50.00 | 50.00 |

ENT'D JAN 12 2009

ck 1191

| | |
|---|---|
| Subtotal | 536.83 |
| Sales Tax | |
| Total Invoice Amount | 536.83 |
| Payment/Credit Applied | |
| **TOTAL** | **536.83** |

Check/Credit Memo No:



**Professional Advertising Systems**
200 Business Park Dr Suite 304
Armonk, NY 10504
USA

# INVOICE

Invoice Number: 8087
Invoice Date: Jan 12, 2009
Page: 1

Voice: 914-765-0500
Fax: 914-765-0503

| Bill To: | Ship to: |
|---|---|
| Corporate Records Compliance<br>2451 South Buffalo Ste 100A<br>Las Vegas, NV 89117 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CORP001 | NCOA0901 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | E-Mail | 1/9/09 | 2/11/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 72.943 | NCOA Processing | 1.75 | 127.65 |
| 72.650 | Rekey/Split | 0.50 | 36.33 |
| 72.650 | Convert to CSV | 0.25 | 18.16 |
| 1.000 | Output to Internet/E-Mail | 50.00 | 50.00 |

ENT'D JAN 1 2 2009

| | |
|---|---|
| Subtotal | 232.14 |
| Sales Tax | |
| Total Invoice Amount | 232.14 |
| Payment/Credit Applied | |
| **TOTAL** | **232.14** |

Check/Credit Memo No: